IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| NEGIN KHOLUSI, : <br> AND HER DAUGHTERS, *et al.*, : <br>       Plaintiffs, : <br> : <br> v. : <br> : <br> THERMO FISHER SCIENTIFIC, INC., : <br> AND/OR THERMO FISHER SCIENTIFIC, INC., : <br> doing business as : <br> FISHER CLINICAL SERVICES AND/OR : <br> PHARMA SERVICES GROUP, *et al.*, : <br>       Defendants. : | Civil No. 5:22-cv-04366-JMG |

_____

## ORDER

**AND NOW,** this 22nd day of March, 2023, in accordance with Federal Rule of Civil Procedure 4(m), following a review of the Court's records and docket indicating Plaintiff has failed to make service on Defendants in this case within 90 days of the filing of the Complaint, and following this Court's February 14, 2023 Order (ECF No. 5) providing notice to Plaintiff that failure to file proof of service by Tuesday, March 7, 2023 would result in dismissal of the action against all unserved defendants,

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution for failure to serve Defendants and file proof of service on the docket pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

If, within ten (10) days, good cause can be shown why service was not made within ninety (90) days of the date of the filing of the Complaint, the dismissal will be vacated.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge